1    **WO**

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9    Janet Dole,                          )    No. CV-10-2645-PHX-LOA
                                          )
10                Plaintiff/Judgment Creditor,)   **ORDER**
                                          )
11   vs.                                  )
                                          )
12   Nouveau Riche Corporation,           )
                                          )
13                                        )
                 Defendant/Judgment Debtor.)
14   _____     )

15              This matter is before the Court on Plaintiff's Motion for Order for

16   Interrogatories, which the Court construes as a Motion for Judgment Debtor's Examination

17   via Interrogatories. (Docs. 23-24)  Judgment in favor of Plaintiff was entered on April 12,

18   2011, doc. 21, and there is no evidence that it has been paid. To aid in the enforcement of

19   the judgment, Plaintiff requests an order directing judgment debtor Nouveau Riche

20   Corporation to answer the interrogatories (written questions) pursuant to Fed.R.Civ.P. 69

21   and A.R.S. § 12-1631.  (Docs. 23, 24)

22              Federal Rule Civil Procedure 69(a)(2) provides that a "judgment creditor . . .

23   may obtain discovery from any person--including the judgment debtor--as provided in these

24   rules or by the procedure of the state where the court is located." Fed.R.Civ.P. 69(a)(2).

25   While less conventional than an oral deposition, because Rule 33(a), Fed.R.Civ.P.,

26   authorizes a party to obtain discovery by way of written questions and answers by service

27   on any other party no more than 25 written interrogatories, including all discrete subparts,

28   Plaintiff, as a judgment creditor, may properly use interrogatories to obtain information from

1   Nouveau Riche Corporation, a judgment debtor. *United States v. McWhirter*, 376 F.2d 102,

2   106 (5th Cir. 1967) ("[w]e conclude that Rule 69(a) authorizes the government to propound

3   written interrogatories to the appellees under Rule 33."). Thus, a judgment creditor may

4   propound discovery to a judgment debtor by interrogatories, requests for production and/or

5   inspection of documents. See Fed.R.Civ.P. 33, and 34. *Odnil Music Ltd. v. Katharsis LLC*,

6   2007 WL 1703763, * 2 (E.D.Cal., Jun 11, 2007). If a judgment debtor fails to respond to

7   properly crafted discovery, the court may compel responses and impose sanctions if the

8   debtor lacked substantial justification for failing to respond. *Id.* (citing Fed.R.Civ.P. 34(b),

9   37(a)).

10          Nevertheless, Plaintiff's proposed interrogatories are defective and provide

11   wholly inadequate instructions for compliance. (Doc. 24 at 2-5)  First, Plaintiff's proposed

12   interrogatories, including all discrete subparts, substantially exceed the 25 interrogatory limit

13   set forth in Rule 33(a), Fed.R.Civ.P. Plaintiff has also inappropriately combined a request

14   for the production of documents authorized by Rule 34, Fed.R.Civ.P., see no. 13, with

15   written interrogatories. They are separate discovery methods and should have separate

16   instructions for each. Moreover, no instructions are provided how Nouveau Riche

17   Corporation may file its answers under seal, consistent with the District Court's Local Rules,

18   to protect the confidentiality of the proprietary information requested by Plaintiff. The form

19   of the interrogatories is also deficient because each interrogatory does not allow any space,

20   much less adequate space, to answer each interrogatory immediately after the interrogatory

21   itself. Finally, Plaintiff provides no information on how she intends to serve the requested

22   discovery on Nouveau Riche Corporation which has not appeared in the District Court.

23          **IT IS ORDERED** that Plaintiff's Motion for Judgment Debtor's Examination

24   via Interrogatories, docs. 23-24, is **DENIED** without prejudice.

25          Dated this 16th day of May, 2011.

26

27   _____

28                              Lawrence O. Anderson
                                United States Magistrate Judge